UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :   **UNSEALING ORDER**
          - v. -                    :
                                    :   S1 19 Cr. 883 (JPO)
RYAN DIAZ,                          :
                                    :
          Defendant.                :
                                    :
- - - - - - - - - - - - - - - - - - X

WHEREAS on August 11, 2020, the defendant pleaded guilty to a superseding information captioned S1 19 Cr. 883 (JPO) (the "S1 Superseding Information") in the above-captioned case;

WHEREAS on August 11, 2020, the Court ordered that the minutes of the August 11, 2020 change of plea conference and the S1 Superseding Information be maintained under seal;

WHEREAS on January 11, 2023 the Government requested, with the defendant's consent, the unsealing of plea transcript and the S1 Superseding Information;

IT IS HEREBY ORDERED that that minutes from the August 11, 2020 change of plea conference and the S1 Superseding Information be and hereby are unsealed.

Dated: New York, New York
       January 13 , 2022

_____
J. PAUL OETKEN
United States District Judge